**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C. Francis<br><br>Plaintiff(s)<br>v.<br>Robert Luna, et al.<br><br>Defendant(s) | **CASE NUMBER**<br><br>2:24-cv-03745-SPG (JPRx)<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:

Robert Luna and Richard Levert    ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute  Andrew Baum, Esq.    who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

Glaser Weil Fink Howard Jordan & Shapiro LLP, 10250 Constellation Blvd., 19th Floor
*Street Address*

Los Angeles, CA 90067         abaum@glaserweil.com
*City, State, Zip*             *E-Mail Address*

(310) 282-6298      (310) 556-2920      190397
*Telephone Number*    *Fax Number*      *State Bar Number*

as attorney of record instead of  Paul B. Beach, Esq. and Shawyane Emadi, Esq.
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of  Paul B. Beach, Esq. and Shawyane Emadi, Esq.
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  Defendants Robert Luna and Richard Levert (Leverne)

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  November 27, 2024         Hon. Sherilyn Peace Garnett
                                  U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY