Case 2:24-cv-03745-SPG-JPR   Document 42   Filed 12/01/24   Page 1 of 5   Page ID
Case 2:22-cv-03467-CAS-PD   Document 46 44   Filed 10/23/24   Page 1 of 5   Page ID
#:195

1  JUSTIN W. CLARK, State Bar No. 235477
   jclark@lbaclaw.com
2  LAWRENCE BEACH ALLEN & CHOI, PC
   150 South Los Robles Ave., Suite 660
3  Pasadena, California 91101
   Telephone No. (818) 545-1925
4
   Attorneys for Defendants
5  COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S
   DEPARTMENT, SHERIFF ALEX VILLANUEVA, ASSISTANT SHERIFF
6  BRENDAN CORBETT, MATTHEW VANDER HORCK, SERGIO ALOMA
   and E. KIM
7
8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  EDWARD M. MALLOY,                    )  Case No. 2:22-cv-04836 CAS(PDx)
                                         )  Case No. 2:22-cv-03467-CAS(PDx)
12              Plaintiff,               )
                                         )  Honorable Christina A. Snyder
13      vs.                              )
                                         )  **STATUS REPORT RE:**
14  ALEX VILLANUEVA, etc., et al.,       )  **SETTLEMENT**[1]
                                         )
15              Defendants.              )
                                         )
16  ─────────────────────────────       )
                                         )
17  SAMMY NEWMAN and                     )
    ANTONIO RINCON, *on behalf of*       )
18  *themselves and others similarly*    )
    *situated*,                          )
19                                       )
                Plaintiffs,              )
20                                       )
        vs.                              )
21                                       )
    COUNTY OF LOS ANGELES, etc., et      )
22  al.,                                 )
                                         )
23              Defendants.              )
24
25  ─────────────────────────────
26  [1] This Status Report was due on October 21, 2024.  Defendants' counsel's
    computer network was the subject of a security breach / hacking attempt on the
27  morning of October 21, 2024, which shut down all access to Defendants'
28  counsel's computer infrastructure.  Defendants' network access was only restored
    on the evening of October 22, 2024.  Defendants' counsel spoke with the

                                   1

Case 2:24-cv-03745-SPG-JPR   Document 42   Filed 12/01/24   Page 2 of 5   Page ID
Case 2:22-cv-03467-CAS-PD   Document 46   Filed 10/23/24   Page 2 of 5   Page ID
#:245
#:196

1   TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

2   ATTORNEYS OF RECORD:

3   The parties submit the following Status Report regarding the status of

4   settlement negotiations in this matter and specifically, the status of Defendants'

5   preparation of a longform Settlement Agreement documenting the parties'

6   agreement. (Dkt. 45.) Specifically, the parties reached a settlement in this case

7   on July 1, 2024 with the assistance of Antonio Piazza. Thereafter, Defendants

8   agreed to prepare a long-form settlement agreement and provide it to counsel for

9   Plaintiffs for their review, revisions (if necessary), and execution.

10   Defendants' counsel has been in the process of drafting the longform

11   settlement agreement, which includes an agreement between the parties to

12   stipulate to class certification for purpose of the settlement of the *Newman*

13   Plaintiffs' claims. Drafting the longform agreement has been more complicated

14   than Defendants' counsel anticipated, and taken longer than expected.[2] As an

15   initial matter, because the settlement agreement includes a stipulation between the

16   parties for class certification, approval of the draft language has required

17   consultation with various client representatives from within the County of Los

18   Angeles and the Sheriff's Department, who must approve the agreement to certify

19   a class along with the details thereof.

20

21   _____

22   Courtroom Deputy Clerk on the afternoon of October 21 and was told that this
     report could be filed by today, October 23, 2024.

23

24   [2] Defendants' counsel anticipates that Plaintiffs' counsel will state that drafting
     the long form agreement has taken longer than it should have. Defendants'

25   counsel does not necessarily dispute this contention; however, given the class
     certification issue and the other reasons for the associated delay set forth herein,

26   Defendants' counsel respectfully requests both Plaintiffs' counsel and the Court's

27   patience. Defendants' counsel is prioritizing the final edits to the agreement and
     anticipates being able to provide the draft to Plaintiffs' counsel within the next

28   week to ten days at the most.

Case 2:24-cv-03745-SPG-JPR    Document 42    Filed 12/01/24    Page 3 of 5    Page ID
Case 2:22-cv-03467-CAS-PD    Document 46    Filed 10/23/24    Page 3 of 5    Page ID
#:197

1      In addition to the complications caused by the class certification
2   component of this settlement, in addition, Defendants' counsel has been actively
3   working on two other class actions cases, one of which has settled and is in the
4   process of implementation of injunctive relief terms, and the other of which is
5   actively being litigated.  These two other matters have also impacted Defendants'
6   counsel's ability to finalize the longform agreement in this matter.

7      Finally, finalization of the long form agreement has also been impacted by
8   certain health issues with Defendants' counsel's family.  Specifically,
9   Defendants' counsel's wife was in an accident approximately a month ago, and
10   suffered significant burns.  Addressing counsel's wife's health issues has also
11   taken up considerable time and energy.  If the Court would like further details
12   regarding this issue, Defendants' counsel is willing to submit a declaration under
13   sealfor the Court's in camera review.

14          ● *__Newman__ Plaintiffs' Additional Statement*.[3]

15      Counsel for the *Newman* Plaintiffs requests that the Court impose deadlines
16   for both Defendants' completion of the longform settlement agreement and
17   approval by the County Board of Supervisors. In Plaintiffs' counsel's view, there
18   has been an unacceptably long delay in obtaining a longform settlement
19   agreement. More than four months have elapsed since the parties reached a
20   tentative settlement. Even after Defendants' counsel finishes preparation of the
21   settlement agreement (estimated 7-10 days from today), the motion for
22   preliminary approval of the settlement cannot be presented to the Court until *after*
23   the settlement agreement is approved by the Los Angeles County Board of
24   Supervisors, a process that typically takes 8-12 months, provided there are no
25   delays. Assuming the motion for preliminary approval is filed immediately after

26

27   _____

28   [3] Counsel for the *Newman* Plaintiffs requested that this section be added to the
Parties' Status Report.

Case 2:24-cv-03745-SPG-JPR   Document 42   Filed 12/01/24   Page 4 of 5   Page ID
Case 2:22-cv-03467-CAS-PD   Document 46 47   Filed 10/23/24   Page 4 of 5   Page ID
#:198

1   the Board approves the settlement, and is promptly approved by the Court, notice

2   to class members will not likely occur for another 10-14 months.

3         • *Malloy* **Plaintiff's Additional Statement.**[4]

4         Counsel for the *Malloy* Plaintiff does not concede that the Los Angeles

5   County governmental settlement approval should take 12 months, or even 6

6   months. Recently, District Judges in this District have employed various means to

7   streamline the Los Angeles County settlement process, including notifying the

8   defendants that default judgments will be entered. Plaintiffs' counsel have

9   notified counsel for the defendants that such measures will be sought in this case

10   should the settlement process not be consummated in a reasonable period of time.

11         • **County Defendants Response Regarding Plaintiffs' Additional**

12         **Statements.**

13         Defendants' counsel is committed to finalizing the longform agreement

14   and, once it is completed and executed, it can and will be submitted to the

15   County's internal claims approval process.  Defendants' counsel is investigating

16   whether a stipulation for class certification and be submitted to the Court for

17   review and approval independent of the settlement agreement.  Given the amount

18   of the settlement, pursuant to statutory requirements, this case must be reviewed

19   by both the Los Angeles County Claims Board and the Los Angeles County

20   Board of Supervisors.  All efforts can and will be made to complete that process

21   as quickly and efficiently as possible, but Defendants object to any hard deadlines

22   associated with said review and potential approval.

23

24

25

26

27

---

28   [4] Counsel for the *Malloy* Plaintiffs requested that this section be added to the
Parties' status report.

Case 2:24-cv-03745-SPG-JPR   Document 42   Filed 12/01/24   Page 5 of 5   Page ID
Case 2:22-cv-03467-CAS-PD   Document 46   Filed 10/23/24   Page 5 of 5   Page ID
#:199
#:48

1    In conclusion, Defendants' counsel is finalizing the long form agreement

2  and anticipates providing the draft to counsel for Plaintiffs within the next week

3  to ten days at the most.  Once Plaintiffs' counsel reviews the draft and executes it,

4  the parties will submit a stipulation for the Court's review and approval to certify

5  a class of the *Newman* Plaintiffs' claims.

6  Dated:  October 23, 2024                    McLANE, BEDNARSKI & LITT, LLP

7

8                                              By _____ /s/  Lindsay Battles
                                                   Barrett S. Litt
9                                                  Lindsay Battles
10                                                 Attorneys for Plaintiffs
                                                   Sammy Newman and
11                                                 Antonio Rincon, individually and
12                                                 as class representatives

13
    Dated: October 23, 2024                    JEFF DOMINIC PRICE JDP PC
14

15
                                              By  /s/ Jeff Dominic Price
16                                                 Jeff Dominic Price
17                                                 Attorney for Plaintiff
                                                   EDWARD M. MALLOY
18

19
    Dated:  October 23, 2024                    LAWRENCE BEACH ALLEN & CHOI,
20  PC

21

22                                             By _____ /s/  Justin W. Clark _____

23  –
                                                   Justin W. Clark[5]
24                                                 Attorneys for Defendant
25                                                 County of Los Angeles

26  _____

27  [5] As the filer of this Stipulation, I attest that Barrett S. Litt concurs in the content
28  of the Stipulation and has authorized its filing.

5