**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C. FRANCIS, | ) No. CV 24-3745-CV (JPRx) |
| Plaintiff, | ) **ORDER ACCEPTING MAGISTRATE** ) **JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) |
| ROBERT LUNA et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' motion for sanctions and the related opposition papers, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT

1. Defendants' motion for terminating and evidentiary sanctions (ECF No. 92) is denied.

2. Plaintiff is ordered to produce all missing discovery, without objection and with proper verification and substance, within 14 days.

3. Defendants are directed to file a status report within seven days thereafter attaching any discovery responses they

1 | timely received and explaining why, if so, they are inadequate.
2 |     4.   Plaintiff's counsel is ordered to serve on Plaintiff
3 | himself a copy of the R. & R. and this Order.
4 |     5.   The clerk serve this Order on all counsel or parties of
5 | record.

DATED: 11/24/25

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
U.S. DISTRICT JUDGE