**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

C. FRANCIS,

Plaintiff,

v.

ROBERT LUNA, et al.,

Defendants.

Case No. CV 24-3745 CV (PVCx)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 138), and no objections having been received, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Defendants' Motion for Sanctions (Dkt. No. 127) is DENIED without prejudice. IT IS FURTHER ORDERED that the Clerk serve copies of this Order on counsel for Plaintiff and counsel for Defendants.

DATED: 9/28/26

Cynthia Valenzuela

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE